**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-2319**

———————

LUIS D. CABRERA MEJIA,

                 Plaintiff - Appellant,

       v.

WAL-MART,

                 Defendant - Appellee.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Thomas D. Schroeder, District Judge. (1:14-cv-00237-TDS-JEP)

———————

Submitted: April 23, 2015           Decided: April 27, 2015

———————

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Luis D. Cabrera Mejia, Appellant Pro Se. Angela Byrd Cummings, Molly Mitchell Shah, LITTLER MENDELSON PC, Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luis D. Cabrera Mejia appeals the district court's order granting Defendant's Fed. R. Civ. P. 12(b)(6) motion and dismissing Mejia's employment discrimination case with prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>See</u> <u>Mejia v. Wal-Mart</u>, No. 1:14-cv-00237-TDS-JEP (M.D.N.C. Nov. 3, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>